Anthony Pierce GRIGSBY,
Plaintiff–Appellant,

v.

Hector Daniel LUDI, Medical Doctor, Attending Staff Physician, individual and official capacity; et al., Defendants–Appellees.

No. 15–56355

United States Court of Appeals, Ninth Circuit.

Submitted September 26, 2017 *

OCTOBER 4, 2017

Anthony Pierce Grigsby Norco, CA, for pro se.

Before: SILVERMAN, TALLMAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

California state prisoner Anthony Pierce Grigsby appeals pro se from the district court's judgment dismissing for failure to prosecute his 42 U.S.C. § 1983 action alleging deliberate indifference to a serious medical need. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion. *Omstead v. Dell, Inc.*, 594 F.3d 1081, 1084 (9th Cir. 2010). We vacate and remand.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Although the district court did not abuse its discretion by dismissing Grigsby's action for failure to prosecute, *see id.*, Grigsby attached to his notice of appeal prison mail logs and a declaration indicating that Grigsby never received the district court's February 19, 2015 or March 20, 2015 orders. Because the district court did not have the benefit of these documents, we vacate the judgment of dismissal and remand so the district court can permit Grigsby to file a response to the order to show cause.

**VACATED and REMANDED.**